AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cebull, Richard F | District Court-Montana | 05/02/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address<br><br>United States District Court<br>316 North 26th Street<br>Billings, MT 59101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY -8 P 2: 27
FINANCIAL DISCLOSURE OFFICE
RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/02/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2.  MT UNIV REVS HIGHER ED FACS IMPT-D | A | Interest | J | T | | | | | |
| 3.  MT ST HEALTH FAC RV AUTH RV B/D MBIA SISTERS OF CHARITY | A | Interest | J | T | | | | | |
| 4.  ALLIANZ NFJ DIV VAL CL C | A | Distribution | J | T | | | | | |
| 5.  COLUMBIA SMALL CAP VALUE II CLC | A | Distribution | J | T | | | | | |
| 6.  MT ST BRD HSG RV AMT SINGLE FAM MTG B/E SER A2 | A | Interest | J | T | | | | | |
| 7.  INTEL CORP CS | A | Dividend | J | T | | | | | |
| 8.  QUALCOMM INC. | A | Dividend | J | T | | | | | |
| 9.  ST MARY LAND & EXPL CS | A | Dividend | J | T | | | | | |
| 10. TEXAS INSTRUMENTS INC CS | A | Dividend | J | T | | | | | |
| 11. GROWTH FUND AMER INC MF | B | Distribution | K | T | | | | | |
| 12. KOPP FDS EMERGING GROWTH FD CL A MF | | None | | | Exchange | 0226 | J | | |
| 13. AM CENTRY NEW OPPTYS II CL A | A | Distribution | J | T | Exchange | 0226 | J | | |
| 14. HARTFORD CAPITAL APPREC -C MF | A | Distribution | J | T | | | | | |
| 15. PUTNAM TAX EXP INC FD MF | A | Dividend | J | T | | | | | |
| 16. TAMARACK INVT FUNDS MM | A | Dividend | J | T | | | | | |
| 17. IRA #1 | D | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FINANCING CORP CPN FICO STRIPS SER R | | | | | Sell | 09/27 | K | A | |
| 19. TAMARACK INVT FDS MM | | | | | | | | | |
| 20. SELIGMAN SMALL CAP VALUE -C | | | | | | | | | |
| 21. ALLIANZ NFJ DIVIDEND VAL CL C | | | | | | | | | |
| 22. FT DOUBLE PLAY OCT O6 FT EQ TUST | | | | | Sell | 10/09 | J | A | |
| 23. FT DOUBLE PLAY OCT 07 FT EQ TRUST | | | | | Buy | 10/09 | J | | |
| 24. GROWTH FUND OF AMERICA | | | | | | | | | |
| 25. GS CORE LARGE CAP VALUE -C | | | | | | | | | |
| 26. LORD ABBETT MID CAP VALUE -C | | | | | | | | | |
| 27. ING GROEP NV 7.375% PERP HYBRID CAP | | | | | Buy | 9/27 | J | | |
| 28. CIT INTERNOTES | | | | | | | | | |
| 29. GENERAL ELEC CAP CO STEP CPN | | | | | | | | | |
| 30. BROKERAGE ACCT #2 | | | | | | | | | |
| 31. CEF MONEY MARKET FUND Y | | | | | | | | | |
| 32. GENERAL ELECTRIC CS | A | Dividend | J | T | | | | | |
| 33. JOHNSON & JOHNSON CS | A | Dividend | J | T | | | | | |
| 34. PFIZER INC CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CAPITAL WORLD GROWTH & INC A | A | Distribution | J | T | | | | | |
| 36. MERRILL LYNCH PRD CAPITAL TR III | A | Interest | J | T | | | | | |
| 37. IRA #2 | F | Int./Div. | P1 | T | | | | | |
| 38. WASHINGTON MUTUAL BANK | | | | | Redemption | 1/02 | L | | |
| 39. ADVANTAGE BANK | | | | | Redemption | 1/09 | L | | |
| 40. AMERICAN WEST BANK | | | | | Redemption | 1/12 | L | | |
| 41. CENTRAL PROGRESSIVE BANK | | | | | Redemption | 1/16 | L | | |
| 42. MORGAN STANLEY BANK | | | | | Buy | 1/17 | M | | |
| 43. MORGAN STANLEY BANK | | | | | Redemption | 7/17 | M | | |
| 44. SECURITY BK OF JONES CNTY | | | | | Buy | 1/19 | M | | |
| 45. SECURITY BK OF JONES CNTY | | | | | Redemption | 8/20 | M | | |
| 46. DISCOVERY BANK | | | | | Buy | 8/29 | M | | |
| 47. LYYDIAN PRIVATE BANK | | | | | Buy | 1/19 | L | | |
| 48. LYDIAN PRIVATE BANK | | | | | Redemption | 7/19 | L | | |
| 49. CRESCENT BANK | | | | | Buy | 7/20 | M | | |
| 50. WASHINGTON MUTUAL BANK | | | | | Buy | 7/25 | M | | |
| 51. SAVANNAH BANK | | | | | Buy | 7/27 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COPPER STAR BANK | | | | | Buy | 12/22 | M | | |
| 53. COPPER STAR BANK | | | | | Redemption | 6/29 | M | | |
| 54. AMERICAN MUTUAL FUND CL A | | | | | | | | | |
| 55. BOND FUND OF AMERICA INC. CL A MF | | | | | | | | | |
| 56. EURO PACIFIC GROWTH FUND CL A MF | | | | | | | | | |
| 57. FUNDAMENTAL INVESTORS INC MF | | | | | | | | | |
| 58. GROWTH FUND OF AMERICA CL A MF | | | | | | | | | |
| 59. INCOME FUND OF AMERICA CL A MF | | | | | | | | | |
| 60. INVESTMENT CO OF AMERICA MF | | | | | | | | | |
| 61. NEW PERSPECTIVE UNFD INC MF | | | | | | | | | |
| 62. WASHINGTON MUTUAL INVESTORS FUND INC. MF | | | | | | | | | |
| 63. JC PENNEY & CO BD | | | | | | | | | |
| 64. GENERAL ELECTRIC CAP CORP MED TERM NTS | | | | | | | | | |
| 65. FORD MOTOR CREDIT CO GLOBAL LANDMARK SEC | | | | | | | | | |
| 66. INTERNATIONAL BANK FOR RECONSTRUCTION & DEVELOPMENT | | | | | | | | | |
| 67. PASSPORT MONEY MARKET | | | | | | | | | |
| 68. FIRST INTERSTATE BANK Accts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.   NEW YORK LIFE INS POL. CV | B | Dividend | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/02/2008 |

| Name of Person Reporting | Date of Report |
|---|---|
| Cebull, Richard F | 05/02/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544